**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**

|  |  |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>2ND LIFE, et al.,<br><br>　　　　　Defendants. | Case No. 26-cv-4430<br><br>**Judge Thomas M. Durkin**<br><br>**Magistrate Judge Laura K. McNally** |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Sony Interactive

Entertainment LLC ("Plaintiff") hereby dismisses this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| GOOD PAPA | 18 |
| LQYBMD | 22 |
| MINGHAO ART | 24 |
| Moqidong Direct | 25 |
| PEILIANG ART | 26 |
| Senyu Trading | 32 |
| Viio | 38 |
| Western Gusto | 39 |
| Jungui | 68 |

Dated this 4th day of June 2026.     Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Rachel S. Miller
Berel Y. Lakovitsky
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rmiller@gbc.law
blakovitsky@gbc.law

*Counsel for Plaintiff*
*Sony Interactive Entertainment LLC*

2